FILED
GREAT FALLS DIV.

'06 NOV 7 AM 9 45

PATRICK E. DUFFY, CLERK
BY _____
DEPUTY CLERK

# IN THE UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF MONTANA

### GREAT FALLS DIVISION

DONALD ROGER GRIFFIN, II,

                Plaintiff,

vs.

LAUREL ANDRECHAK,

                Defendants.

No. CV 05-49-GF-SEH

**ORDER**

United States Magistrate Judge Carolyn S. Ostby entered her Findings and Recommendation of United States Magistrate Judge[1] on September 13, 2006. No review is required of proposed findings and recommendation to which no objection is made. Thomas v. Arn, 474 U.S. 140, 149-152 (1986). However, this Court will review Judge Ostby's Findings and Recommendation for clear error.

Upon *de novo* review of the record, I find no error in Judge Ostby's Findings and Recommendation and adopt them in full.

---

[1]Docket No. 34

ORDERED:

1.    Defendant Laurel Andrechak's Motion for Summary Judgment[2] is GRANTED.

2.    Plaintiff's Motion to Deny Summary Judgment[3] is DENIED.

The Clerk of Court is directed to enter judgment accordingly.

DATED this _____ day of November, 2006.

SAM E. HADDON
United States District Judge

_____

[2]Docket No. 23.

[3]Docket No. 28.